■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNCE SMITH, Also Known as BRUCE SMITH, Also Known as NAT SMITH, Also Known as NATHANIEL DICKERSON, Appellant. —Upon remittitur from the Court of Appeals, the judgment of the Supreme Court, Bronx County (Barry Salman, J.), rendered on June 26, 1981, unanimously affirmed. No opinion. Concur—Sandler, J. P., Ross, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT TORRES, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 27, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Carro, Fein and Rosenberger, JJ.